IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AVASANT, LLC,

       Plaintiff,

v.

PRESBYTERIAN HEALTH PLAN, INC.,
PRESBYTERIAN HEALTHCARE SERVICES,

       Defendants.

Case No.: 1:17-cv-01066-KRS-KK

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Avasant, LLC hereby gives notice of dismissal of this action and all claims in this action with prejudice, in accordance with Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure for the United States District Courts*. This dismissal encompasses all claims asserted in this action against Defendant Presbyterian Health Plan, Inc. and Defendant Presbyterian Healthcare Services.

    Respectfully Submitted,

    SUTIN, THAYER & BROWNE
    A Professional Corporation

By:   /s/ Christopher A. Holland
    Christopher A. Holland
    *Attorneys for Plaintiff Avasant, LLC*
    PO Box 1945
    Albuquerque, NM 87103-1945
    505-883-2500
    cah@sutinfirm.com

and

AVASANT LAW, LLC
Dev Batta
*Attorneys for Plaintiff Avasant, LLC*
1960 East Grand Ave, Ste. 1050
El Segundo, CA 90245-5096
310-643-3030
dev.batta@avasant.com

4474040